| | |
|---|---|
| 1 | ALBERT M. T. FINCH, III, ESQ. (SBN 196478) |
| 2 | ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.<br>111 Sutter Street, Suite 575 |
| 3 | San Francisco, CA 94104<br>Telephone No.: (415) 362-7126 |
| 4 | Facsimile No.: (415) 362-6401 |
| 5 | Email: tfinch@eakdl.com |
| 6 | Attorneys for Defendant: |
| 7 | EQUIFAX INFORMATION SERVICES, LLC |

**FILED**
DEC 07 2005
RICHARD W. W...
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

SAN JOSE DIVISION

JOSE HERNANDEZ on behalf of himself and all others similarly situate,

   Plaintiffs,

vs.

TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, LLC.,

   Defendants.

Case No.:   05-CV-03996 (RMW)

**COMPLEX LITIGATION**

**AGREED MOTION AND SUPPORTING DECLARATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Judge:      Honorable Ronald M. Whyte
Room:       6, 4th Floor
Location:   280 S. First Street, #1221
            San Jose, CA 95113-3008

///

-1-
Agreed Motion for Extension of Time

**AGREED MOTION AND SUPPORTING DECLARATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

COMES NOW Defendant Equifax Information Services, LLC ("Equifax"), by counsel and hereby files this Agreed Motion for Extension of Time as follows:

1. Plaintiffs served Equifax with a putative class action lawsuit on November 3, 2005.

2. The Complaint presents novel and difficult issues to which Equifax requests additional time to answer or otherwise respond.

3. Equifax has not requested any other extensions in this matter.

4. Plaintiffs consent to this extension.

WHEREFORE, Equifax respectfully requests that this Motion be granted and that Equifax's answer or other response to plaintiffs' First Amended Complaint be due December 14, 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct. Executed in San Francisco, California.

DATED:   November 22, 2005        ERICKSEN, ARBUTHNOT, KILDUFF,
                                   DAY & LINDSTROM, INC.


                                   /S/   Albert M.T. Finch, III
                                   Albert M.T. Finch, III
                                   Attorneys for Defendant
                                   EQUIFAX INFORMATION SERVICES, LLC

Of Counsel:

Brad Miller, Esq.
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Tel: (404) 815-6199

**ORDER**

GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.

Dated: 12/7/05

*Ronald M. Whyte*

Honorable Ronald M. Whyte
United States District Judge

-3-
Agreed Motion for Extension of Time