1  Daniel J. McLoon (State Bar No. 109598)
   Kevin Dorse (State Bar No. 146942)
2  Michael G. Morgan (State Bar No. 170611)
   Scott P. Shaw (State Bar No. 223592)
3  JONES DAY
   555 South Flower Street, Fiftieth Floor
4  Los Angeles, CA  90071
   Telephone:     (213) 489-3939
5  Facsimile:     (213) 243-2539
   E-mail:  djmcloon@jonesday.com
6  E-mail:  kdorse@jonesday.com
   E-mail:  mgmorgan@jonesday.com
7  E-mail:  spshaw@jonesday.com

8  Tyler Farmer (State Bar No. 212038)
   JONES DAY
9  2882 Sand Hill Road, Suite 240
   Menlo Park, CA  94025-7064
10 Telephone:     (650) 739-3939
   Facsimile:     (690) 739-3900
11 E-mail:  tlfarmer@jonesday.com

12 Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
13
   *(Additional Counsel and Parties Listed Below)*
14
                     UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN JOSE DIVISION
17
                                              *E-FILED - 3/1/06*
18
   **JOSE HERNANDEZ ON BEHALF OF**      **Case No. 05-CV-03996 (RMW-PVT)**
19 **HIMSELF and all others similarly**
   **situated,**                         **STIPULATION TO EXTEND TIME TO**
20                                        **FILE JOINT CASE MANAGEMENT**
              **Plaintiff,**             **STATEMENT AND [PROPOSED] ORDER**
21
        **v.**
22
   **EQUIFAX INFORMATION**
23 **SERVICES, LLC, TRANS UNION,**
   **LLC, and EXPERIAN INFORMATION**
24 **SOLUTIONS, INC.,**

25            **Defendants.**

26

27

28

1    Pursuant to Local Rules 6-2 and 7-12 and the Court's Standing Order Regarding Case

2  Management in Civil Cases, Plaintiff Jose Hernandez and Defendants Experian Information

3  Solutions, Inc., Equifax Information Services, LLC, and Trans Union, LLC, (collectively "the

4  Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as

5  follows:

6    WHEREAS, this action was originally filed on October 3, 2005 and Plaintiff filed the

7  operative First Amended Complaint ("Complaint") on October 24, 2005;

8    WHEREAS, on October 3, 2005, the Court issued an Order Setting Initial Case

9  Management Conference, which scheduled a Case Management Conference for March 3, 2006

10  and directed the Parties to file the Case Management Statement and Rule 26(f) Report by

11  February 25, 2006;

12    WHEREAS, Plaintiff's counsel forwarded an initial draft of the Joint Case Management

13  Statement and Rule 26(f) Report on February 22, 2006;

14    WHEREAS, the Parties are working in good faith to try to reach agreement on the Joint

15  Case Management Statement and Rule 26(f) Report, but need additional time to do so;

16    WHEREAS, there have been no prior extensions of the Parties' deadline for filing the

17  Joint Case Management Statement and Rule 26(f) Report, and the only previous time

18  modifications in this case were extensions of the deadlines for responding to the Complaint;

19    WHEREAS, an order extending the time for the Parties to file the Joint Case Management

20  Statement and Rule 26(f) Report for an additional four (4) calendar days, up to and including

21  February 28, 2006, will have no effect on the schedule for this case;

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LAI-2229616v1    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT CASE
MANAGEMENT STATEMENT AND RULE 26(f) REPORT, Case No. C05-03996—RMW-PVT

1   NOW, THEREFORE, the Parties, by and through their respective counsel of record,

2 hereby stipulate and agree that the deadline for filing the Joint Case Management Statement and

3 Rule 26(f) Report shall be extended to February 28, 2006.

4   IT IS SO STIPULATED.

5 Dated: February 24, 2006     JONES DAY

6

7             By: _Michael J. Morgan_

8              Michael G. Morgan

9             Attorneys for Defendant
              EXPERIAN INFORMATION SOLUTIONS,
10            INC.

11 Dated: February 24, 2006     CADDELL & CHAPMAN

12

13             By:_____
              George Y. Niño

14             Attorneys for Plaintiff
15            JOSE HERNANDEZ

16 Dated: February 24, 2006     KILPATRICK & STOCKTON LLP

17

18             By: _Cindy D. Hanson (MGM· by permission)_
              Cindy D. Hanson

19             Attorneys for Defendant
20            EQUIFAX INFORMATION SERVICES LLC

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1      NOW, THEREFORE, the Parties, by and through their respective counsel of record,

2  hereby stipulate and agree that the deadline for filing the Joint Case Management Statement and

3  Rule 26(f) Report shall be extended to February 28, 2006.

4      IT IS SO STIPULATED.

5  Dated: February 24, 2006                    JONES DAY

6

7                                              By:_____

8                                                    Michael G. Morgan

9                                              Attorneys for Defendant
                                               EXPERIAN INFORMATION SOLUTIONS,
10                                             INC.

11 Dated: February 24, 2006                    CADDELL & CHAPMAN

12

13                                             By:_____
                                                    George Y. Niño
14
                                               Attorneys for Plaintiff
15                                             JOSE HERNANDEZ

16 Dated: February 24, 2006                    KILPATRICK & STOCKTON LLP

17

18                                             By:_____
                                                    Cindy D. Hanson
19
                                               Attorneys for Defendant
20                                             EQUIFAX INFORMATION SERVICES LLC

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

LAI-2229616v1          STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE JOINT CASE
                       MANAGEMENT STATEMENT AND RULE 26(f) REPORT, Case No. C05-03996—RMW-PVT

1    Dated: February 24, 2006                    STROOCK & STROOCK & LEVAN LLP

2

3                                                By: _Stephen J. Newman (M&M · by permission)_
                                                    Stephen J. Newman
4

5                                                Attorneys for Defendant
                                                TRANS UNION, LLC

6

7        PURSUANT TO STIPULATION, IT IS HEREBY ORDERED.

8

9    Date: __March 1_____, 2006         _____/s/ Ronald M. Whyte_____
10                                               Honorable Ronald M. Whyte
                                                 United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, Carolyn L. Evans, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California, 90071-2300.

On February 24, 2006, I served a copy of the within document(s):

**STIPULATION TO EXTEND TIME TO FILE JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Cynthia B. Chapman, Esq.<br>CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070<br>Houston, TX 77010<br>Phone: (713) 751-0400<br>Fax: (713) 751-0906<br>Email: cbc@caddellchapman.com | George Y. Niño, Esq.<br>CADDELL & CHAPMAN<br>1331 Lamar, Suite 1070<br>Houston, TX 77010<br>Phone: (713) 751-0400<br>Fax: (713) 751-0906<br>Email: gyn@caddellchapman.com |
| *Attorneys for Plaintiffs*<br>JOSE HERNANDEZ ON BEHALF OF<br>HIMSELF and all others similarly situated | *Attorneys for Plaintiffs*<br>JOSE HERNANDEZ ON BEHALF OF<br>HIMSELF and all others similarly situated |
| Albert M. T. Finch, III, Esq.<br>ERICKSEN, ARBUTHNOT, KILDUFF,<br>DAY & LINDSTROM<br>111 Sutter, Suite 575<br>San Francisco, CA 94104<br>Phone: (415) 362-7126<br>Fax: (415) 362-6401<br>Email: tfinch@eakdl.com | Stephen J. Newman, Esq.<br>STROOCK & STROOCK & LAVAN LLP<br>2029 Century Park East, Suite 1800<br>Los Angeles, CA 90067<br>Phone: (310) 556-5800<br>Fax: (310) 556-6969<br>Email: snewman@stroock.com |
| *Attorneys for Defendant*<br>EQUIFAX INFORMATION SERVICES LLC | *Attorneys for Defendant*<br>TRANS UNION, LLC |

LAI-2217782v1

1   I am readily familiar with the firm's practice of collection and processing correspondence

2   for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same

3   day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on

4   motion of the party served, service is presumed invalid if postal cancellation date or postage

5   meter date is more than one day after date of deposit for mailing in affidavit.

6   I declare that I am employed in the office of a member of the bar of this court at whose

7   direction the service was made.

8   Executed on February 24, 2006 at Los Angeles, California.

9

10

11   Carolyn L. Evans

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28